AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-0511

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Todos Medical, Ltd
was received by me on *(date)* 2-8-23

☒ I personally served the summons on the individual at *(place)*
2001 West Side Pkwy Suite 240
Alpharetta, Ga 30004                    on *(date)* 2-8-23        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75 0.00

I declare under penalty of perjury that this information is true.

Date: 2-10-23

Miranda Panter
*Server's signature*

Miranda Panter  Process Server
*Printed name and title*

83 E. May St Winder, Ga 30680
*Server's address*

Additional information regarding attempted service, etc:

Marc R Lacrimosa
NOTARY PUBLIC
Barrow County, GEORGIA
My Commission Expires 02/11/2025

M)____ 2-10-2023