AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-0511

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Provista Diagnostics, Inc**

was received by me on *(date)* **2-8-23**

☒ I personally served the summons on the individual at *(place)* **Provista Diagnostics, Inc 2001 WestSide Pkwy Suite 240 Alpharetta, Ga 30004** on *(date)* **2-8-23** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **75.00** for services, for a total of $ **75 0.00**

I declare under penalty of perjury that this information is true.

Date: **2-10-23**

*Minh Parks* (Server's signature)

**Miranda Parker    Process Server**
Printed name and title

**83 E. May St Winder, Ga 3068[_]**
Server's address

Additional information regarding attempted service, etc:

Marc R Lacrimosa
NOTARY PUBLIC
Barrow County, GEORGIA
My Commission Expires 02/11/2025

*ML* 2-10-2023