# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHANTELLE DEBEJARE, CAYLA KLETT, MUDDASSAR HUSSAN, STANLEY MORSE, KATHLEEN MADELON, TYIESHA BERGER, and MICAH HYLTON<br><br>Plaintiffs,<br><br>v.<br>PROVISTA DIAGNOSTICS, INC., and<br>TODOS MEDICAL, LTD<br><br>Defendants. | CIVIL ACTION NO.<br>1:23-CV-00511-AT<br><br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTON AND MEMORANDUM IN SUPPORT TO ENFORCE SETTLEMENT AGREEMENT AND AN AWARD OF FEES

Defendants Provista Diagnostics, Inc. and Todos Medical, LTD ("Defendants"), by and through undersigned counsel, hereby responds to *Plaintiff's Motion and Memorandum In Support To Enforce Settlement Agreement and An Award of Fees*, [Plaintiff's Motion, (Pl.'s Motion), Doc.20], as follows:

1

I. **RELEVANT FACTS**

The facts as set forth in Plaintiff's Motion are largely uncontested, except as to paragraphs 14 and 15, which state that "Defendants have violated the Court's Order," "refus[ed] to perform under the agreement," and "been stubbornly litigious and caused Plaintiffs' [Sic] unnecessary trouble and expense." [*Id*., at 3.]

In addition to the uncontested facts on which Plaintiff's motion relies, Defendants provide additional facts. On October 6, 2023, the Court approved the parties' settlement, terminated the case, but retained jurisdiction for the purpose of enforcing the Settlement Agreement. *See* Doc. 19; Pl.'s Mot., at 2 ¶ 7.)

The following day, on October 7, 2023, a group of militants led by the terror group Hamas, launched a surprise attack on southern Israel, Israeli military bases, and civilian population centers. Declaration of Gerald Commissiong ("Commissiong Decl."), ¶ 4 (attached hereto as Exhibit A) (citing Josef Federman and Issam Adwan, *Hamas Surprise Attack Out Of Gaza Stuns Israel And Leaves Hundreds Dead In Fighting, Retaliation*, https://apnews.com/article/israel-palestinians-gaza-hamas-rockets-airstrikes-tel-aviv-11fb98655c256d54ecb5329284fc37d2, Oct. 7, 2023 (last accessed

December 5, 2023)). In response, Israel launched airstrikes in Gaza and its Prime Minister declared it was at war with Hamas. *Id.* The armed conflict in Gaza and Israel continues today (the "War"). *Id.*

Prior to the outbreak of the War, the Todos Medical LTD[1] (the "Company") expected to receive an investment in the amount of $500,000 by no later than November 10, 2023. *Id.* ¶ 5. However, the outbreak of the War had a direct and immediate effect on the Company's ability to function in the ordinary course of its business and to raise the additional (expected) funding. *Id.* The Company's leading product is a supplement that helps Covid-19 patients, called "Tollovid." The scientist responsible for the development of the Tollovid product is Dr. Dorit Arad. *Id.* ¶ 6. Upon the outbreak of the war, Dr. Arad's son, who is a commercial pilot, was called into active duty for the Israeli Air Force. Dr. Arad's daughter in law and young daughter had to temporarily relocate from Israel to the United States. In order to assist her family, Dr. Arad too was required to relocate to the United States. *Id.*

As a result of Dr. Arad's displacement and absence from Israel, she has been unable to complete the validation of the key components of our Tollovid product,

---

[1] Defendant Todos Medical, LTD is the parent company of Defendant Provista Diagnostics, Inc.

3

which has resulted in the inability of the Company to produce the material needed to create the collateral to close the targeted funding. *Id.* ¶ 7.

The absence of Dr. Arad has not been the only direct effect of the war upon the Company. As a result of the risks associated enterprise risk of carrying out the key testing solely at Tel Aviv University, the new investors have asked for the Company to identify an alternative in the United States as a backup for such quality control testing. *Id.* ¶ 8. The process of identifying and establishing such a backup location takes time. At this stage, the Company is very close to formalizing such a backup arrangement - in large part due to Dr. Arad's continued efforts while she has been located in the U.S. *Id.* ¶ 9.

The war has had another negative effect with respect to Company personnel. Daniel Hirsch served for several years as the Chief Financial Officer of the Company, and now serves as acting CFO. *Id.* ¶ 10. Mr. Hirsch and his family reside in Ashkelon. *Id.* ¶ 11. Ashkelon, Israel is a coastal city in Southern Israel on the Mediterranean coast and north of the Gaza Strip. As a result of its proximity to hostilities, no city in Israel has taken a more massive and consistent barrage of incoming missiles than Ashkelon. *Id.* ¶ 12.

All four (4) of Mr. Hirsch's sons have been called into the IDF to serve in the War. Throughout the War, Mr. Hirsch has been required to devote the time

necessary to ensure that his sons' families are taken care of while his four sons serve in the IDF (both in Gaza and near the Lebanese border). *Id*. ¶ 13.

The Company needs Mr. Hirsch to be present in the United States to assist in the negotiations with the new investors. Yet the familial obligations described above have prevented Mr. Hirsch from traveling to the United States. *Id*. ¶ 14.

In recent days, the Company identified a potential "substitute" to assist temporarily, and the Company has been negotiating with such a candidate (and with representatives of the investors), such that we could be able to move forward with the investment. *Id*. ¶ 15.

Despite the many difficulties that the Company has faced as a direct result of the War, the Company is close to signing an agreement that would result in a substantial investment. *Id*. ¶ 16.

As indicated above, the Company is working diligently to overcome the delays that have been caused by the War—so that the Company can meet its obligations. *Id*. ¶ 21.

The Holiday Season has also impacted the Company's ability to finalize its needed financing. Because of the holiday season, it is likely that the funds would be available to the Company no sooner than January 2024. *Id*. ¶ 22.

www.spirelawfirm.com
Employment Attorneys

## II. ARGUMENT AND CITATION OF AUTHORITY

### BECAUSE OF THE UNFORESEEABLE HAMAS-ISRAELI WAR, THE COURT SHOULD EXCUSE DEFENDANTS' OBLIGATIONS UNDER THE AGREEMENT FOR A PERIOD OF 60-90 DAYS.

Here, the Parties could not have anticipated the Hamas-Israeli war, which commenced the day following the Court's approval of the settlement's terms. Further the parties could not have anticipated the cascade of effect of the War on Defendants' business. *See* Commissiong Decl. ¶¶ 4-20. Because the impact was unforeseen, but temporary, the Court should temporarily excuse Defendants' performance under the contract.

## III. CONCLUSION

For the foregoing reasons, Defendants obligations under the Settlement Agreement should be excused for a period of sixty to ninety days, or until such time as Defendants can secure anticipated new financing and investment and make other adjustments to their business as compelled by the intervening Hamas-Israeli war.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426
Suite2088
Oviedo, Florida 32765

By:*/s/ Ian E. Smith*
Ian E. Smith, Esq.
Georgia Bar No. 661492
Whitney M. DuPree, Esq.
Georgia Bar No. 880908
ian@spirelawfirm.com
whitney@spirelawfirm.com
filings@spirelawfirm.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant Daniel Hirsch certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

/s/ *Ian E. Smith*
Ian E. Smith
