IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHANTELLE DEBEJARE, CAYLA KLETT, MUDDASSAR HUSSAN, STANLEY MORSE, KATHLEEN MADELON, TYIESHA BERGER, and MICAH HYLTON<br><br>Plaintiffs,<br><br>v.<br><br>PROVISTA DIAGNOSTICS, INC., and TODOS MEDICAL, LTD<br><br>Defendants. | CIVIL ACTION NO. 1:23-CV-00511-AT<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS UPDATE RESPONSE TO THE COURT'S ORDER**

Plaintiffs Chantelle Debejare, Cayla Klett, Muddassar Hussan, Stanley Morse, Kathleen Madelon, Tyiesha Berger, And Micah Hylton ("Plaintiffs") and Defendants Provista Diagnostics, Inc. and Todos Medical, LTD ("Defendants") (collectively the "Parties"), by and through undersigned counsel, hereby responds to the Court's Order, [Doc. 32], to "provide a *detailed* accounting of the steps taken by Defense Counsel to bring Defendants into compliance with the Court's orders," as follows:

As Defendants' counsel has previously stated, counsel's duty of loyalty to Defendants precludes counsel from assisting or aiding Plaintiff's efforts to collect

from Defendants. In consultation with a member of the Georgia State Bar's General Counsel's office, Defendants' counsel has been advised that while they may not assist or aid another, including Plaintiffs, in any way adverse to Defendants, Defendants' counsel may act in a manner that does not obstruct the Plaintiffs' collection efforts.

In light of their understanding of their duty of loyalty, Defendants' counsel in response to the Court's Order have taken the following steps. First, Defendants' counsel has contacted counsel in Israel overseeing the liquidation of Todos Medical LTD and has provided contact information to Plaintiffs' counsel. And, second, Defendants counsel has provided the last known contact information for Gerald Commissiong, the only person currently or formerly associated with Provista Diagnostics or Todos Medical with whom Defendants' counsel has had any contact. Finally, Defendants' counsel has, at Plaintiffs' request, contacted Mr. Commissiong to obtain his availability to be deposed and provided the information to Plaintiffs.

Respectfully submitted this 31st day of May 2024.

                                        SPIRE LAW, PLLC
                                        2572 W. State Road 426, Suite 2088
                                        Oviedo, Florida 32765
                                        (407) 494-0135

                        By:    */s/ Ian E. Smith*
                                Whitney M. DuPree, Esq.
                                Georgia Bar No. 880908
                                Ian E. Smith, Esq.
                                Georgia Bar No. 661492

whitney@spirelawfirm.com
ian@spirelawfirm.com

In response to Defendants counsel's May 31, 2024, 5:28 am Status Update, Plaintiffs state that a date was identified for a deposition of Gerald Commissiong at June 24, 2024. Plaintiffs have no further personal knowledge regarding Defendant Counsel's activities and thus will not comment regarding same. Defendants' counsel has stated that Mr. Commissiong is refusing to speak with Defendants' counsel. Plaintiffs are hesitant to engage a court reporter if Defendant is not planning on attending the deposition. Plaintiff's counsel plans to request that the deposition be taken at the U.S. Federal Courthouse for reasons that will be explained in today's hearing.

LUCAS & LEON, LLC
Post Office Box 752
Clarkesville, Georgia 30523
706-754-2001

By:   /s/ Beverly Lucas
Beverly Lucas, Esq.
Georgia Bar No.
beverly@lucasandleon.com

## **CERTIFICATE OF SERVICE**

I certify that on May 31, 2024, I filed the within and foregoing using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail, as follows:

Beverly Lucas, Esq.
LUCAS & LEON, LLC
Post Office Box 752
Clarkesville, Georgia 30523
706-754-2001
beverly@lucasandleon.com

                                        */s/ Ian E. Smith*
                                        Ian E. Smith